| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lourie, Alan D. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>03/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>Howard T. Markey National Courts Building<br>717 Madison Place NW<br>Washington, D.C. 20439 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/6/90 | GlaxoSmithKline Corp., successor to former employer, provides pension and retiree group health and life insurance |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 03/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-Dec | GlaxoSmithKline pension | $88,273.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Univ of Penna Law School | March 20-21 | Phila, Penna | Give lecture to IP students | Dinner, trainfare, and hotel |
| 2. | NY, NJ, Phila, and Conn IP Law Assocs | April 23 | New York, NY | Give talk to joint patent law associations | Lunch and trainfare |
| 3. | Our court's bar assoiationc foundation | June 18-21 | Asheville, NC | Give talk and participate in bar association conference | Airfare, meals, and hotel for wife and myself |
| 4. | Our court's bar association foundation | October 16-23 | Geneva, Switzerland | Participate in international conference of judges, lawyers, and govt officials | Airfare, meals, and hotel for wife and myself |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 03/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 03/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Tx Exempt Money Mkt Fund 1 | A | Dividend | L | T | | | | | |
| 2. Vanguard Tax Exempt Money Mkt Fund 2 | A | Dividend | L | T | Buy (add'l) | 6/9/14 | J | | |
| 3. Vanguard ST Inv Gr Bond Fund (IRA) | C | Dividend | M | T | Sold (part) | 06/09/14 | J | | see VIII |
| 4. Vanguard 500 Index Fund | E | Dividend | O | T | | | | | |
| 5. Vanguard Extended Mkt Index Fund | D | Dividend | O | T | | | | | |
| 6. Vanguard Global Equity Fund | C | Dividend | M | T | | | | | |
| 7. Vanguard Internat Explorer Fund | E | Dividend | M | T | | | | | |
| 8. Vanguard European Fund | D | Dividend | M | T | | | | | |
| 9. Vanguard ST Tax Exempt Fund 1 | B | Dividend | N | T | | | | | |
| 10. Vanguard ST Tax Exempt Fund 2 | C | Dividend | N | T | | | | | |
| 11. Vanguard Dividend Growth Fund | E | Dividend | O | T | | | | | |
| 12. Vanguard Prime Cap Core Fund | E | Dividend | N | T | | | | | |
| 13. Vanguard Limited Term Tax Exempt Fund 1 | D | Dividend | N | T | | | | | |
| 14. Vanguard Limited Term Tax Exempt Fund 2 | E | Dividend | P1 | T | | | | | |
| 15. Vanguard IM Tax Exempt Fund | D | Dividend | N | T | | | | | |
| 16. Vanguard High Yield Corp Fund | C | Dividend | L | T | | | | | |
| 17. PNC Bank checking account | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 03/29/2015 |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T Rowe Price Short Term Bond Fund (IRA) | D | Dividend | O | T | Sold (part) | 6/9/14 | L | | see VIII |
| 19. T Rowe Price High Yield Fund (IRA) | E | Dividend | N | T | | | | | |
| 20. T Rowe Price New Horizons Fund (IRA) | E | Dividend | N | T | | | | | |
| 21. T Rowe Price Tax Free Short-IM Fund | D | Dividend | O | T | Buy (add'l) | 6/9/14 | L | | |
| 22. T Rowe Price GNMA Fund (IRA) | D | Dividend | N | T | | | | | |
| 23. Sequoia Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 03/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 3 and 18 in Part VII, as before, do not provide gains in D4 because they were withdrawals from IRAs so there was no recognized or calculable gain.

| Name of Person Reporting | Date of Report |
|---|---|
| Lourie, Alan D. | 03/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan D. Lourie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544